## BERNARD v. LEMBECK & BETZ EAGLE BREWING CO. et al.

(Supreme Court, Appellate Term. June 6, 1907.)

COURTS—JURISDICTION OF PERSON—LACK OF SERVICE.

Where a defendant is not served, the court is without jurisdiction as to that defendant.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 13, Courts, § 32.]

Appeal from Municipal Court, Borough of Manhattan, Eleventh District.

Action by William Bernard against the Lembeck & Betz Eagle Brewing Company and another. From a judgment for plaintiff, the brewing company appeals. Reversed.

Argued before GILDERSLEEVE, P. J., and FITZGERALD and GOFF, JJ.

Rose & Putzel, for appellant.

A. Frank Cowen, for respondent.

PER CURIAM. The record is barren of evidence to support the judgment. Appellant corporation was not served, and the court was without jurisdiction in so far as it was concerned. The attempt of plaintiff (respondent) to deprive defendant (appellant) of its right of appeal by the questionable methods set forth in his brief cannot be considered, as we are limited to the record disclosed by the return.

Judgment as appealed from reversed, with costs to appellant.